UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARD MATTHEWS,<br><br>                    Petitioner,<br><br>       -against-<br><br>FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and SECRETARY OF HOMELAND SECURITY,<br><br>                    Respondents. | Case No. 1:26-cv-04277 (JLR)<br><br>**ORDER TO ANSWER** |

JENNIFER L. ROCHON, United States District Judge:

Petitioner, proceeding *pro se*, has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  Dkt. 1.  The Court, having examined the Petition, hereby ORDERS that Respondents file an answer to the Petition by **June 5, 2026**, and Petitioner file any reply by **June 12, 2026**.  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Dated:  May 22, 2026
            New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge