RECEIVED
JUN 2 3 2026
JENNIFER L. ROCHON
U.S. DISTRICT JUDGE
SDNY

Gerard Matthews
5644 Netherland Avenue Apt. ! - D
Bronx, NY 10471

June 13, 2026, by regular mail

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Matthews v. Field Office Director*, No. 26-cv-4277 (JLR)

Dear Judge Rochon:

Petitioner, Gerard Matthews, *pro se*, in the above-referenced habeas corpus matter, which was filed by Petitioner, a noncitizen who is presently detained under an order of supervision. The Court granted the government an extension of the briefing schedule until June 11, 2026, to respond, and set June 18, 2026, as the due date for Petitioner to file his reply. ECF No. 6. On June 13, 2026, the Court docket showed that the government response was filed on June 11, 2026. ECF Nos. 7 & 8. On June 12, 2026. Although Petitioner has a PACER account, he was denied access to these files. Petitioner mailed a letter requesting disposition in the case owing to the government default; that mailing can now be disregarded if the Court deeems a document dockeeted on June 13, 2026 as timely. I write respectfully now, as a *pro se* litigant, to request an extension of the June 18, 2026, reply deadline so that Petitioner's reply would be due by June 27.

I make this request solely due to the unpredictability of the USPS service. Personally speaking, I've experienced delays of 7 - 10 days between mailing dates and dates of receipt. If the Court believes a longer extension is required in the interest of justice, Petitioner will not object.

I thank the Court for its consideration of this request.

Respectfully submitted,
Gerard Matthews
Gerard Matthews, *pro se*
5644 Netherland Avenue Apt. 1 - D
Bronx, NY 10471

cc: JAY CLAYTON, Respondent, (by mail)

U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

Request GRANTED. Petitioner's deadline to file his reply is extended to **June 29, 2026**. This matter shall be heard by the Court on **July 6, 2026 at 10:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.

Petitioner is reminded that per the Court's Individual Rules and Practices in Civil *Pro Se* Cases, all communications with the Court by a *pro se* party should be filed with the Pro Se Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysduscourts.gov (for more information, see Frequently Asked Questions: Filing Instructions); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the *Pro Se* Intake Unit. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

Petitioner may receive court documents by email by completing the form, Consent to Electronic Service. For more information about consenting to electronic service, please review the court's Instructions.

**SO ORDERED.**

Dated: June 24, 2026
New York, New York

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Gerard Matthews
5644 Netherland Ave. Apt. 1D
Bronx, NY 10471

RECEIVED
JUN 23 2026
JENNIFER L. ROCHON
U.S. DISTRICT JUDGE
SDNY

NEW YORK NY 100
13 JUN 2026 PM 9 L

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007