UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARD MATTHEWS,

Petitioner,

-against-

FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and SECRETARY OF HOMELAND SECURITY,

Respondents.

Case No. 1:26-cv-04277 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 21, 2026, Petitioner petitioned for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking a declaration that his ongoing supervision must be terminated. Dkt. 1 (the "Petition"). On June 11, 2026, the Government filed its opposition. Dkt. 8 ("Opp."). On June 25, 2026, Petitioner filed his reply. Dkt. 12 ("Reply"). The Court held a hearing on the Petition on July 6, 2026. *See* Dkt. 11.

For the reasons stated on the record on July 6, 2026, the Petition is DENIED. To the extent the Petition seeks review of the final removal order or the proceedings that produced it, it is DISMISSED for lack of subject-matter jurisdiction. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: July 6, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge