**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

GERARD MATTHEWS,

Petitioner,

26 **CIVIL** 4277 (JLR)

-against-

**JUDGMENT**

FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and SECRETARY OF HOMELAND SECURITY,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2026, the Petition is DENIED. To the extent the Petition seeks review of the final removal order or the proceedings that produced it, it is DISMISSED for lack of subject-matter jurisdiction; accordingly, the case is closed.

**DATED:** New York, New York
July 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**